# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Angela Christine Malone | Case No : | 15–29137 – E – 13C |
|---|---|---|---|
| | | Date : | 02/23/2016 |
| | | Time : | 03:00 |

| Matter : | [12] – Chapter 13 Plan (jgis) |
|---|---|

| Judge : | Christopher M. Klein | Courtroom Deputy : | Sheryl Arnold |
|---|---|---|---|
| Department : | E | Reporter : | Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion is granted, Debtors Chapter 13 Plan filed on December 8, 2015 is confirmed. Counsel for the Debtor shall prepare an appropriate order confirming the Chapter 13 Plan, transmit the proposed order to the Chapter 13 Trustee for approval as to form, and if so approved, the Chapter 13 Trustee will submit the proposed order to the court.

Dated: February 24, 2016

_____
United States Bankruptcy Judge