Julius Engel SBN - 137759
Lanphier & Associates
1860 Howe Ave Suite 330
Sacramento, CA 95825
Ph: (916) 442-7768
E-mail: lanphierassociates@comcast.net

Attorney for Angela Christine Malone

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15 - 29137 |
| ANGELA CHRISTINE MALONE | Chapter 13 |
| , debtor | Hon. Ronald Sargis |

## ORDER CONFIRMING PLAN DATED DECEMBER 08, 2015

The Chapter 13 Plan Dated December 08, 2015, as filed on behalf of the above-named debtor, has been transmistted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's Plan satifsifes the requirements of U.S.C. §1325.

**IT IS ORDERED** that the Debtor's Chapter 13 Plan Datd December 08.2015 is confirmed.

**IT IS FURTHER** ORDERED that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court , and the Trustee, of any change in the Debtor's address:

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of or other change in the emplyment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

RECEIVED
February 25, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005738526

**IT IS FURTHER ORDERED** that the Attorney's fees for the Debtor's Attorney in the full amount of $4000.00 are approved, $2000.00 of which was paid prior to the filing of the petition. The balance of $2000.00, provided that the Attorney and the debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the Trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that Debtor shall turn over to the Trustee a copy of her tax returns each year of the bankruptcy and any refund in excess of $2000.00 shall be paid into the plan each year as an additional payment for the benefit of unsecured creditors.

Dated: _____ 02-25-16

Dated: February 28, 2016

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court