DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:

Angela Christine Malone

Debtor(s)

Case No:15-29137-E-13C
DCN: DPC-1

TRUSTEE'S MOTION TO DISMISS CASE

DATE: 9/7/2016
TIME: 10:00 A.M.
JUDGE: RONALD H. SARGIS
COURTROOM: 33, 6TH FLOOR

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

The debtor is in material default with respect to the term of a confirmed plan, 11 U.S.C. §1307(c)(6).

To date the debtor has paid a total of $12,556.00, with the last payment received on July 28, 2016. The Trustee shows a total of $15,008.00 is due, so **the debtor is delinquent $2,452.00 in plan payments.** Debtor's monthly payment is $1,876.00.

Prior to the hearing in this matter, another payment of $1,876.00 will come due. As a result debtor will need to pay $4,328.00, in order to bring this plan current by the date of the hearing. The debtor

1 | must be current under all payments called for by any pending Plan, Amended Plan or Modified Plan as

2 | of the date of the hearing on this motion or the case may be dismissed.

3 | The Trustee has received the following payments in the above referenced case:

| Amount | Date | Source | Amount | Date | Source |
|---|---|---|---|---|---|
| $ 876.00 | Dec 28, 2015 | MO #90791 | $ 1,000.00 | Dec 28, 2015 | MO #90790 |
| $ 1,000.00 | Jan 26, 2016 | MO #80126 | $ 876.00 | Jan 26, 2016 | MO #80137 |
| $ 1,000.00 | Feb 25, 2016 | MO #95426 | $ 876.00 | Feb 25, 2016 | MO #95437 |
| $ 1,000.00 | Mar 28, 2016 | MO #55842 | $ 876.00 | Mar 28, 2016 | MO #55853 |
| $ 1,000.00 | Apr 27, 2016 | MO #85886 | $ 876.00 | Apr 27, 2016 | MO #85897 |
| $ 1,876.00 | Jun 07, 2016 | # | $ 500.00 | Jul 05, 2016 | # |
| $ 300.00 | Jul 14, 2016 | # | $ 500.00 | Jul 28, 2016 | # |

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: August 09, 2016

_____
Neil Enmark, Attorney for Trustee