Steele Lanphier, Esq. SBN: 146163
Lanphier and Associates
1860 Howe Ave Ste 330
Sacramento, CA 95825
Telephone: (916) 442-7768

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Angela C. Malone<br><br><br>　　　　　Debtor | ) Case No.: 15-29137-E-13C<br>)<br>) **Response to Motion to Dismiss**<br>)<br>) DATE: 9/7/2016<br>) TIME: 10 AM<br>) DEPT: E<br>) COURTROOM 33<br>DCN: DPC-1<br>LOCATION: United State Federal Courthouse 501 I Street Sacramento CA 95814 |

1. Debtor, though, counsel concedes that this response is untimely due to miscommunication between the debtor and counsel.
   a. Counsel believed that the lack of communication from the debtor in light of her plan arrears was a concession on the part of the debtor to be dismissed.
   b. Debtor however communicated on 8/24/2016 the reasons for the delinquency and stated her intent to modify the plan.
   c. Debtor's husband lost his job during the months they failed to make their payments. Debtor husband now has work. Their combined income is enough to fund a modified plan that incorporates their recent plan deficiency.
2. Nevertheless, debtor is filed herewith a motion to modify her Chapter 13 plan.

Dated: Sept. 3, 2016

　　　　　　　　　　　　　　　　　　　BY: /s/Steele Lanphier_____
　　　　　　　　　　　　　　　　　　　　　Steele Lanphier, Attorney

1

Steele Lanphier, Esq. SBN: 146163
Lanphier and Associates
1860 Howe Ave Ste 330
Sacramento, CA 95825
Telephone: (916) 442-7768

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Angela C. Malone

           Debtor

) Case No.: 15-29137-E-13C
)
) **CERTIFICATE OF SERVICE**
)
) DATE: 10/18/2016
) TIME: 3 PM
) DEPT: E
) COURTROOM 33
) DCN: SLE-1
) LOCATION: United State Federal Courthouse 501 I Street Sacramento CA 95814

     I am a citizen of the United States, over the age of 18 years, and not a party to the within related action. I am employed or doing business as Lanphier & Associates, and my business address is 1860 Howe Ave Ste 330 Sacramento, CA 95825 . On this date, pursuant to Local Rule 9014-1(e) I served the following documents (1-4) unless otherwise set forth below.

**Response to Motion to Dismiss**

   <u>xxx</u>    By serving or placing a true copy thereof, either electronically pursuant to LBR 7005-1(d)(1) or in a sealed envelope with postage thereon fully prepaid for first class mailing, in the United States Post Office Mail at Sacramento, California, addressed as set forth below.

Office of the U.S. Trustee
[ustpregion17.sc.ecf@usdoj.gov](mailto:ustpregion17.sc.ecf@usdoj.gov)

David P. Cusick
Chapter 13 Trustee
[legalmail@cusick13.com](mailto:legalmail@cusick13.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on Sept. 3, 2016 at Sacramento, California.

        /s/Norma Guzman
        Norma Guzman